FILED

12 OCT 31 AM 10:59

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: /s/ _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW HILL,<br><br>   Plaintiff,<br><br>vs.<br><br>LEADING EDGE RECOVERY SOLUTIONS, LLC, an Illinois Limited Liability Company,<br><br>   Defendant. | CASE NO. 3:12-cv-01272-WQH-WMC<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Based upon the Joint Motion for Dismissal filed by the parties, and for good cause appearing, the Court GRANTS the Joint Motion for Dismissal. (ECF No. 20). This action is DISMISSED WITH PREJUDICE. The Court retains jurisdiction over any necessary enforcement of the settlement agreement until December 5, 2012. IT IS SO ORDERED.

DATED: 10/21/12

_____
WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

1